IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:19-cr-00646 |
| | ) | |
| Plaintiff, | ) | SR. JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| LORENZO CANCEL, | ) | |
| | ) | |
| Defendant. | ) | ORDER |
| | ) | |

This matter was before the Court on April 13, 2022, for hearing on the Government's request for revocation of Defendant Lorenzo Cancel's supervised release. The Defendant was present and represented by counsel.

An Initial Supervised Release Violation hearing was held by Magistrate Judge Thomas A. Parker on March 25, 2022, at which defendant was advised of the following violations contained in the Violation Report ("Report"): Violation Nos. 1-6, Unauthorized Use of Drugs. The Magistrate Judge issued a Report and Recommendation on March 25, 2022.

The Courts adopts the Report and Recommendation of Magistrate Judge Thomas A. Parker and finds Defendant in violation of Violation Nos. 1-6.

Defendant's supervision to continue with the same conditions as previously imposed

IT IS SO ORDERED.

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
SENIOR UNITED STATES DISTRICT JUDGE

DATED: April 13, 2022